IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.   Criminal No. 5:08-MJ-45  (GHL)

ROLANDO CUC-CHOC,

Defendant.

APPEARANCES:   OF COUNSEL:

FOR THE GOVERNMENT:

HON. GLENN T. SUDDABY   CARL EURENIUS, ESQ.
United States Attorney   Assistant U.S. Attorney
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

FOR THE DEFENDANT:

OFFICE OF FEDERAL   MELISSA TUOHEY, ESQ.
PUBLIC DEFENDER   Assistant Federal Defender
Clinton Exchange, 3rd floor
Clinton Square
Syracuse, NY 13202

GEORGE H. LOWE, U.S. MAGISTRATE JUDGE

## ORDER APPROVING WAIVER OF PRELIMINARY EXAMINATION

The defendant is charged by criminal complaint with misuse of a social security number, in violation of Title 42 U.S.C. 408(a)(7)(B). Defendant initially appeared before me in connection with this charge on February 13, 2008. Defendant's counsel has completed a written form advising the Court that the Defendant wishes to waive his right to a preliminary examination, and has explained the nature of the preliminary examination to the defendant, and

[FILED FEB 21 2008 – U.S. District Court - N.D. of N.Y., Lawrence K. Baerman, Clerk - Syracuse]

that the defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the consequences thereof.

Based upon the foregoing, it is hereby

ORDERED, that defendant's waiver of his right to a preliminary examination, which I find to be knowing, intelligent and voluntary, is accepted.

_____
GEORGE H. LOWE
U.S. Magistrate Judge

Dated: February 21, 2008
Syracuse, NY